**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHERI LANE,

      Plaintiff,      18 **CIVIL** 5523 (PGG) (OTW)

  -against-         **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,
      Defendant.
-----------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated April 15, 2020, Judge Wang's R & R (Dkt. No. 18) is adopted in its entirety; Plaintiff's motion for judgment on the pleadings is granted to the extent that this case is remanded for further administrative proceedings, as set forth above and in the R & R. Defendant's motion for judgment on the pleadings is denied, and this case is remanded to the Commissioner of Social Security for further proceedings.

**Dated:** New York, New York
    April 15, 2020

                   **RUBY J. KRAJICK**
                   _____
                   **Clerk of Court**
           **BY:**
                     _____
                     **Deputy Clerk**